**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 147 EAL 2015
: 
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DARWIN HART-JONES, :
:
Petitioner :


## **ORDER**


**PER CURIAM**

    **AND NOW**, this 21st day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.